IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVEN D. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-688-O-BP |
| | § | |
| CITY OF HURST, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court: (1) **GRANTS** the City's Motion to Dismiss (ECF No. 19) and **DISMISSES WITH PREJUDICE** Brown's arising under federal law against the City and the Hurst Police Department; (2) **DENIES** Plaintiff's Motion to Temporarily Stop Enforcement of the Hurst City Ordinance 2570 (ECF No. 9); and (3) **DISMISSES WITHOUT PREJUDICE** Plaintiff's remaining state law claims.

**SO ORDERED** on this **6th day** of **January, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**